IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DELLA ANDERSON                                                                         PLAINTIFF

VS.                                              CIVIL ACTION NO.: 3:05CV547WHB-JCS

WILLIE JONES, METRO ONE INVESTMENTS, LLC,
LEROY GARRETT, PREMIER MORTGAGE, LLC,
LARRY KENNEDY, LCTS, INC., WILLIAM
HOWARD ROTHERY, TWILLA HARRELL,
ALLSTATE INSURANCE COMPANY, AND                                          DEFENDANTS
FICTITIOUS DEFENDANTS 1 THROUGH 4

**AGREED ORDER OF DISMISSAL**

THIS CAUSE came before the Court on the joint motion of Plaintiff Della Anderson and Defendant Allstate Insurance Company to dismiss with prejudice plaintiff's claims against Defendant Allstate Insurance Company. The Court being fully advised in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Allstate Insurance Company are dismissed with prejudice.

SO ORDERED, this the 30th day of March, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

AGREED:

| s/Winston J. Thomspon, III | s/Damany F. Ransom |
|---|---|
| Winston J. Thompson, III (Bar No. 100157) | Michael B. Wallace (Bar No. 6904) |
| | John P. Sneed (Bar No. 7652) |
| | Damany F. Ransom (Bar No. 101323) |

*Counsel for Plaintiff*                         *Counsel for Allstate Insurance Company*

JO.99325525.1