IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DELLA ANDERSON                                                                                               PLAINTIFF

VS.                                                                                                         NO. 3:05CV0547WHB

WILLIE JONES, METRO ONE INVESTMENT, ET AL                                             DEFENDANTS

## FINAL JUDGMENT

This cause came on to be heard on motion of plaintiff and defendants, Larry Kennedy and LCTS, Inc., the only remaining defendants who have entered an appearance herein, for a final judgment dismissing this matter with prejudice for reason that the controversy among the parties has been fully compromised and settled, and the Court being of the opinion that said motion is well taken and should be sustained,

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action shall be and the same is hereby dismissed with prejudice, with all parties to bear their own costs.

SO ORDERED, this the 26th day of July, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

APPROVED:


   s/John D. Moore
ATTORNEY FOR DEFENDANTS LARRY
KENNEDY AND LCTS, INC.


   s/Winston J. Thompson, III (by permission)
ATTORNEY FOR PLAINTIFF DELLA
ANDERSON